## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## 16-1064 consolidated with 17-66

**DERRICK DEAN, M.D.**

**VERSUS**

**ST. MARY EMERGENCY GROUP, LLC, ET AL.**

\*\*\*\*\*\*\*\*\*\*

ON APPLICATION FOR SUPERVISORY WRITS FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 2015-5856
HONORABLE DAVID MICHAEL SMITH, DISTRICT JUDGE

\*\*\*\*\*\*\*\*\*\*

## SHANNON J. GREMILLION
## JUDGE

\*\*\*\*\*\*\*\*\*\*

Court composed of Shannon J. Gremillion, John E. Conery, and David E. Chatelain, Judges.[1]

**WRIT CONSOLIDATED WITH APPEAL.**

**Regel Louis Bisso**
**Robert G. Miller,Jr.**
**Bisso & Miller**
**3925 N.I-10 Service Road, West, #227**
**Metairie, LA 70002**
**(504) 830-3401**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Derrick Dean, M.D.**

---

[1] Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**R. Joshua Koch, Jr.**
**Koch & Schmidt, LLC**
**650 Poydras Street, Suite 2660**
**New Orleans, LA 70130**
**(504) 208-9040**
**COUNSEL FOR PLAINTIFF/RESPONDENT:**
    **Derrick Dean, M.D.**

**James L. Pate**
**Kenneth W. Jones, Sr.**
**Neuner Pate**
**P.O. Drawer 52828**
**Lafayette, LA 70505-2828**
**(337) 237-7000**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **Westport Insurance Corporation**

**Celia R. Cangelosi**
**Attorney at Law**
**5551 Corporate Boulevard, #101**
**Baton Rouge, LA 70821-3036**
**(225) 231-1453**
**COUNSEL FOR OTHER APPLICANT:**
    **Louisiana Board of Pharmacy**

**James Huey Gibson**
**Stacy Nicole Kennedy**
**Allen & Gooch**
**P. O. Box 81129**
**Lafayette, LA 70598-1129**
**(337) 291-1000**
**COUNSEL FOR DEFENDANTS/ RESPONDENTS:**
    **The Gachassin Law Firm**
    **Julie Ann SLisa Eve Mayer**

**Sara R. Buggs**
**NeunerPate**
**P. O. Drawer 52828**
**Lafayette, LA 70505-2828**
**(337) 237-7000**
**COUNSEL FOR DEFENDANT/RESPONDENT:**
    **Westport Insurance Corporation**

**GREMILLION, Judge.**

The Louisiana Board of Pharmacy (the Board) filed a supervisory writ in this matter. Thereafter, the Board filed an appeal in 17-66. Both sought the reversal of the trial court's motion to compel the Board to provide information to the defendants-appellees, the Gachassin Law Firm and Julie Ann Savoy (Gachassin). Gachassin filed a motion to dismiss the writ application, which we denied. We granted the writ application for the limited purpose of ordering the consolidation of the writ with the appeal. We affirm the trial court's ruling as set forth in the opinion rendered in in 17-66.

**WRIT CONSOLIDATED WITH APPEAL**.

1